| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Mattice, Harry S. | 2. Court or Organization<br><br>U.S. District Court - EDTN | 3. Date of Report<br><br>05/10/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>Joel W. Solomon Federal Bldg.<br>900 Georgia Avenue, Room 257<br>Chattanooga, TN 37402 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Member | The Mattice Group, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. MORGAN STANLEY BANK N. A. | A | Interest | M | T | Buy | 05/21/20 | M | | |
| 2. SUNTRUST BANK (X) | A | Interest | N | T | | | | | |
| 3. Mass Mutual Life Insurance Whole Life (2) | C | Interest | M | T | | | | | |
| 4. Northwestern Mutual Life Variable Comp Life | E | Dividend | N | T | | | | | |
| 5. MS U.S. GOVERNMENT SEC TR 1 (USGDX) | A | Dividend | K | T | | | | | |
| 6. BLACKROCK LOW DUR BD INV SVC (CMGBX) & INST (BFMSX) | A | Dividend | K | T | | | | | |
| 7. INVESCO PREMIER INST (IPPXX) | A | Interest | J | T | | | | | |
| 8. United States Treasury Bill - Mat. 02/20/20 | A | Interest | | | Matured | 02/20/20 | M | | |
| 9. United States Treasury Bill - Mat. 05/21/20 | A | Interest | | | Buy | 02/20/20 | M | | |
| 10. | | | | | Matured | 05/21/20 | M | | |
| 11. CVS Health Corp Com (CVS) (X) | A | Dividend | J | T | | | | | |
| 12. Home Depot Inc. (HD) (X) | A | Dividend | K | T | | | | | |
| 13. General Motors Financial Co Inc. Bond (7/13/2020) (X) | A | Interest | | | Matured | 07/13/20 | J | | |
| 14. Mylan NV Bond (12/15/2020 (X) | A | Interest | | | Matured | 12/15/20 | J | | |
| 15. Discover Financial Services Bond (2/15/2021) (X) | A | Interest | J | T | | | | | |
| 16. Kinross Gold Corp Bond (9/01/2021) (X) | A | Interest | J | T | | | | | |
| 17. Coca-Cola Refreshments USA Inc Bond (2/1/2022) (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Edison International Bond (3/15/2023) (X) | A | Interest | K | T | | | | | |
| 19. Delta Airlines Inc. Bond (10/28/2024) (X) | A | Interest | J | T | | | | | |
| 20. Weyerhaeuser Co. Bond (3/15/2025) (X) | A | Interest | J | T | | | | | |
| 21. Weyerhaeuser Co. Bond (10/1/2027) (X) | A | Interest | J | T | | | | | |
| 22. VANGUARD DVD APPREC INDX-ADM (VDADX) (X) | A | Dividend | J | T | | | | | |
| 23. VANGUARD TOTAL STK MKT IDX ADM (VTSAX) (X) | A | Dividend | K | T | | | | | |
| 24. (H) Trust #1: | | | | | | | | | |
| 25. Federated Tax-Free Obligs Funds | A | Interest | | | Sold | 06/30/20 | K | | |
| 26. Virtus Ceredex L/C Val Eq R6 (formerlyRidgeWorth Large Cap Value Eq) | A | Dividend | | | Sold | 06/25/20 | J | B | |
| 27. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | | | Sold | 06/25/20 | L | F | |
| 28. Hartford Dividend & Growth - Y | A | Dividend | | | Sold | 06/25/20 | K | C | |
| 29. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | | | Sold | 06/25/20 | K | D | |
| 30. Doubleline Total Return Bond Fund | A | Interest | | | Sold | 06/25/20 | L | B | |
| 31. Pimco Income Fund | A | Interest | | | Sold | 06/25/20 | K | | |
| 32. Invesco Oppenheimer Developing Markets - R6 | A | Dividend | | | Sold | 06/25/20 | J | | |
| 33. Edgewood Growth Fund - INS | A | Dividend | | | Sold | 06/25/20 | K | C | |
| 34. Cambiar Int'l Equity Fund - INS | A | Dividend | | | Sold | 05/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JOHCM International Select Fund - I | A | Dividend | | | Sold | 06/25/20 | K | B | |
| 36. Blackstone Alternative Multi-Strategy - I | A | Dividend | | | Sold | 06/25/20 | J | | |
| 37. AAM/BAHL & Gaynor Income GR-I | A | Int./Div. | | | Sold | 06/25/20 | J | | |
| 38. John Hancock III - Disciplined Value Fund V-I | A | Dividend | | | Sold | 06/25/20 | J | | |
| 39. Neuberger Berman igh Income Bond Fund | A | Interest | | | Sold | 06/25/20 | J | | |
| 40. Nuveen Small Cap Value - I | A | Dividend | | | Sold | 06/25/20 | J | | |
| 41. Pimco Investment Grade Corporate Bond Fund | A | Interest | | | Sold | 06/25/20 | K | | |
| 42. T Rowe Price QM US S/C GR EQ - I | A | Dividend | | | Sold | 06/25/20 | J | | |
| 43. Vanguard M/B Sec Indx - ADM | A | Int./Div. | | | Sold | 06/25/20 | K | A | |
| 44. iShares Core S&P 500 ETF | A | Dividend | | | Sold | 06/25/20 | K | A | |
| 45. iShares US Treasury Bond ETF | A | Interest | | | Sold | 06/25/20 | L | C | |
| 46. (H) IRA #1 | | | | | | | | | |
| 47. VIRTUS MULTI SECT SHT TRM BD A (NARAX) | A | Interest | J | T | | | | | |
| 48. Morgan Stanley Private Bank NA | A | Interest | K | T | | | | | |
| 49. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Box 5a. Report Type. As to the reason that this Report, for the period from January 1, 2020 through December 31, 2020 is marked as "Final," see letter from Person Reporting to the Committee on Financial Disclosure, dated May 10, 2021, being filed concurrently herewith.

Part I. Positions. The Trust #1 listed as number 1 dissolved by its terms on April 27, 2020, upon the death of thr lifetime beneficiary. The limited liabilty company listed as number 2 is a shell entity created to accomodate post-judicial employment. It was organized on October 2, 2020, and conducted no activity during calendar year 2020. Accordingly, there are no assets or transactions to report in Part VII with respect to such entity.

Part III. A. Non-Investment Income. All income earned during reporting period was salary as employee of U.S. Government.

Part VII. Investments and Trusts. Trust Assets listed as numbers 23 through 43 were part of an Irrevocable Insurance Trust created by deceased family member, listed as Trust #1 in Part I of this Report. The Trust dissolved by its terms on April 27, 2020, upon the death of the lifetime beneficiary. All assets of the Trust were liquidated and/or distribted to the residual beneficiaries during calendar year 2020.

Part VII. Investments and Trusts. Assets listed as numbers 2 and 9 through 21 (marked with an (X) in column A) were inherited from a deceased family member. The family member died on April 27, 2020.

Part VII. Investment and Trusts. IRA Assets listed as numbers 45 through 46 are part of an IRA inherited from a deceased relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544